# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Richard J. Zack
direct dial: 215-981-4726
zackj@pepperlaw.com

May 2, 2018

**VIA FAX (212-805-4060)**
The Honorable Debra Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *United States of America v. Lamont Evans, et al.*, Case No. 1:17-MAG-
        7119 (S.D.N.Y.) & *United States of America v. James Gatto, et al.*, Case
        No. 1:17-MAG-7120 (S.D.N.Y.): Unopposed Request to Modify Bail
        Conditions

Dear Judge Freeman,

        I represent Munish Sood, who is named as a defendant in the above-captioned
matters. I am writing to request a modification of Mr. Sood's bail conditions, which currently
limit his travel to areas within the Southern District of New York, Eastern District of New York,
District of New Jersey, and Eastern District of Pennsylvania. (Case No. 1:17-MAG-7119, Doc.
No. 8; Case No. 1:17-MAG-7120, Doc. No. 15.) Specifically, I am requesting a modification to
permit Mr. Sood to travel for business to New Orleans, Louisiana (and surrounding areas) and
Hattiesburg, Mississippi (and surrounding areas) from May 10, 2018 to May 11, 2018.

        I have conferred with the Government, which consents to this request.

                                                Sincerely,

                                                *[signature]*

                                                Richard J. Zack

*On the understanding that Pretrial Service does not object to the proposed bail modification, the modification is granted.*

*SO ORDERED*
*5/7/18*
*[signature]*

cc (via email):     Noah Solowiejczyk, Esq.
                    Edward Diskant, Esq.
                    Michael A. Schwartz, Esq.

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Silicon Valley | Wilmington |

www.pepperlaw.com

TOTAL P.02